UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
CASE NO.: 1:22-cv-00040-MW-GRJ

SHEDRICK COOPER, an individual

    Plaintiff

v.

CITY OF GAINESVILLE, a municipality
CHRISTOPHER MARTINEZ

    Defendants

_____/

**NOTICE OF APPEARANCE**

The undersigned attorney, Andre G. Raikhelson, of TRAYBER RAIKHELSON LAW GROUP, PLLC, hereby files this Notice of Appearance as co-counsel for Plaintiff. All pleadings, records, and documentation regarding the above-styled cause are hereby requested to be furnished to the undersigned counsel at the addresses stated.

Date: March 8, 2022

Respectfully submitted,

Trayber Raikhelson Law Group, PLLC
2750 NE 185 Street, Suite 206
Aventura, Florida 33180
305-990-1451 O
954-980-8052 C
/s/ Andre G. Raikhelson, Esq.
FBN: 123657

1 | Notice of Appearance as Counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Andre G. Raikhelson
Andre G. Raikhelson Esq.
