Shedrick Cooper

vs.

City of Gainesville, et al.

Certificate of Non-Appearance for:

Shedrick Cooper

January 26, 2023

Vol 01




IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO.:  1:22CV40-MW/GRJ

SHEDRICK COOPER,

    Plaintiff,

vs.

CITY OF GAINESVILLE and
CHRISTOPHER MARTINEZ,

    Defendants.
_____/

CERTIFICATE OF NONAPPEARANCE

SHEDRICK COOPER

Thursday, January 26, 2023
9:00 a.m. - 9:30 a.m.

Phipps Reporting
2894A Remington Green Lane
Tallahassee, Florida 32308

Stenographically Reported By:
JUDY LYNN MARTIN, STENOGRAPHER

Job No.:  292077

Page 2

1   APPEARANCES:

2

On behalf of Plaintiff:
3
    The Law Offices of Bruce Prober, P.A.
4       500 NE 4th Street, Suite 200
    Fort Lauderdale, Florida 33301-1163
5       (954) 816-1260
    BY:  BRUCE PROBER, ESQUIRE  (Via Zoom)
6       bprober@proberlaw.com

7
On behalf of Defendants:
8
    Sniffen & Spellman, P.A.
9       123 North Monroe Street
    Tallahassee, Florida 32301
10      (850) 205-1996
    BY:  MATTHEW J. CARSON, ESQUIRE
11      mcarson@sniffenlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1                  IN THE UNITED DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
 2                      GAINESVILLE DIVISION

 3             CASE NO.:   1:22CV40-MW/GRJ

 4   SHEDRICK COOPER,

 5          Plaintiff,

 6   vs.

 7   CITY OF GAINESVILLE and
     CHRISTOPHER MARTINEZ,
 8
            Defendants.
 9   _____/

10              CERTIFICATE OF NONAPPEARANCE

11

12   WITNESS:              SHEDRICK COOPER
     DATE:                 January 26, 2023
13   TIME:                 9:00 a.m.
     PLACE:                Phipps Reporting
14                         2894A Remington Green Lane
                           Tallahassee, Florida 32308
15   STATE OF FLORIDA   )
                        )
16   COUNTY OF LEON     )

17          I, JUDY LYNN MARTIN, Stenographer, Notary
     Public, State of Florida, do hereby certify that I
18   was present for the purpose of reporting this
     proceeding and that the witness did not appear by
19   9:30 a.m.

20          Under penalties of perjury, I declare that
     I have read the foregoing document and that the
21   facts stated in it are true.

22   _____
     [signature: Judy Lynn Martin]
23   _____
     JUDY LYNN MARTIN
24   Notary Public, State of Florida
     My Commission No. HH 233522
25   Expires: April 9, 2026
```