IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHEDRICK COOPER,**

    *Plaintiff*,

v.                                                  Case No.:   1:22cv40-MW/MJF

**CITY OF GAINESVILLE**
**and CHIRSTOPHER**
**MARTINEZ,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

At a hearing on February 3, 2023, this Court considered the unopposed motion to withdraw Bruce Prober and Andre G. Raikhelson as counsel for Plaintiff. ECF No. 54. For the reasons stated on the record and summarized below, the motion is **GRANTED**.

Messrs. Prober and Raikhelson have done everything possible not only to inform Plaintiff of his obligation to attend his own deposition, but also to protect Plaintiff's interests when he repeatedly failed to attend. They continued those efforts after Plaintiff ceased responding to them on about January 6, 2023, and even up to the present motion to withdraw, when they requested a stay to permit Plaintiff to secure other counsel. Using multiple confirmed contact methods, they provided

1

Plaintiff with ample notice of this Court's directive that Plaintiff attend the hearing on their motion to withdraw. ECF No. 55.

This Court does not expect attorneys to continue representing a client who simply and repeatedly refuses to work with them. Although this Court declines to grant the stay requested in their motion, ECF No. 54 at 3, Messrs. Prober and Raikhelson have fulfilled their ethical obligations to Plaintiff, and they need do no more. Accordingly, their motion to withdraw, ECF No. 54, is **GRANTED**. The Clerk shall disconnect Messrs. Prober and Raikhelson from CM/ECF in this matter. Moving forward, Plaintiff represents himself pro se unless and until he retains new counsel.

**SO ORDERED on February 3, 2023.**

s/Mark E. Walker
**Chief United States District Judge**